AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

### Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:18-MJ-02958 | 11·8·18 - 0915 hours | Kitchen table of residence |

Inventory made in the presence of: ATF S/A M. Uchiyama #4838

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

- See attached ATF Property Receipt for ATF Case ▮▮▮▮▮▮▮ (pg. 1 of 1). DEA Count of currency totaled: $182,127.05 per DEA S/A A. Truong.

### Certification (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 11·21·18

S/A G. Grebbs *5092
*Executing officer's signature*

Special Agent Stephanie Grebbs
*Printed name and title*

AUSAs: Lindsey Dotson (x4443), Joseph Axelrad (x7964)

# Receipt for Property and Other Items

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Page 1 of 1

CASE:

| Case/Inspection Number | Case/Inspection Title | Office |
|---|---|---|
| | | Long Beach, CA |

Taken from: *(name, title, address, if appropriate)*
Kevin MCBRIDE
1062 Gladstone, Glendora, CA

Recipient: *(name, title, address, if appropriate)*
ATF LBFD, DEA HIDTA 48

Location of Transfer or Seizure
1062 E. Gladstone Ave, Glendora, CA

Basis for Transfer or Seizure of Items:
Search Warrant

| Amount or Quantity | Description of Item(s) |
|---|---|
| Unknown | • Undetermined amount of US Currency from bedroom |
| 12 | • Moneygrams |
| 1 | • Notes on yellow paper |
| 1 Pair | • Brown shoes from bedroom closet |
| 1 Pair | • Brown shoes from bedroom floor |
| 1 | • Green Bag |
| Unknown | • Undetermined amount of US currency from BMW |
| 1 | |
| 1 | • 9mm loaded magazine |
| 1 Bag | • Flashlight |
| | • Bag of marijuana from garage |
| 1 | • Beretta Mod 92FS 9mm Pistol S/N BER117432 loaded w/Magazine |
| 1 | • loaded magazine + Box of ammunition |
| 1 Bag | • Bag of marijuana from kitchen |
| 5 Boxes | • Boxes of cannabis oil |
| 3 vials | • Suspected sch. III substance |
| 1 | LASD FI card |
| 1 | Cobra radio |
| 1 | Black iPhone |
| 1 | Silver iPhone Model A1549 |

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: *(signature)* [signature] Date
Witnessed by: *(signature)* J. IBERRI 451970 Date 11-8-18

Transferred by: *(signature)* [signature] Date 11-8-18

GPO U.S. GOVERNMENT PRINTING OFFICE: 2009-349-481/41101

ATF Form 3400.23
Revised March 2005